Yosefe Yirga ZELEKE, Plaintiff—
Appellant,

v.

Barack OBAMA, President; George
W. Bush, Former President,
Defendants—Appellees.

No. 12–1390.

United States Court of Appeals,
Fourth Circuit.

Submitted: May 24, 2012.

Decided: May 30, 2012.

Yosefe Yirga Zeleke, Appellant Pro Se.

Before MOTZ and DAVIS, Circuit
Judges, and HAMILTON, Senior Circuit
Judge.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Yosefe Yirga Zeleke appeals the district
court's order dismissing his complaint as
frivolous. We have reviewed the record
and find no reversible error. Accordingly,
we affirm for the reasons stated by the
district court. *Zeleke v. Obama*, No. 1:12–
cv–00268–JCC–TRJ (E.D.Va. Mar. 14,
2012). We dispense with oral argument
because the facts and legal contentions are
adequately presented in the materials be-
fore the court and argument would not aid
the decisional process.

*AFFIRMED.*